IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR292 |
| | ) | |
| v. | ) | |
| | ) | |
| DUANE WALKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue (Filing No. 77). The Court notes plaintiff has no objection. Accordingly,

IT IS ORDERED that defendant's motion is granted; hearing on the amended petition for warrant or summons for offender under supervision (Filing No. 67) is rescheduled for:

**Thursday, September 20, 2012, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 17th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court